UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR15-033MJP |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE TRIAL AND |
| ) | PRETRIAL MOTIONS DUE DATE |
| GREGORY ROBERTSON, ) | |
| Defendant. ) | |

In light of the circumstances that are presented in the Stipulated Motion to Continue, the Court finds as follows:

1) A failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2) The failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

3) The ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

ORDER GRANTING STIPULATED MOTION TO
CONT. TRIAL AND PTM DUE DATE - 1
*United States v. Robertson /* CR15-033MJP

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Accordingly, THE COURT ORDERS that the period of time from the date of this
2  Order until the new trial date of July 13, 2015, shall be excludable time pursuant to the Speedy
3  Trial Act, 18 U.S.C. § 3161(h)(7)(A).
4  THE COURT FURTHER ORDERS that the trial date shall be continued from April 20,
5  2015, until July 13, 2015, and pretrial motions shall be due on May 28, 2015.
6  DONE this 16th day of March, 2015.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

s/ *Thomas Woods*
Assistant United States Attorney

s/ *Corey Endo*
Attorney for Gregory Robertson

ORDER GRANTING STIPULATED MOTION TO
CONT. TRIAL AND PTM DUE DATE - 2
*United States v. Robertson /* CR15-033MJP

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**