## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR15-033MJP |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING SECOND <br> ) STIPULATED MOTION TO <br> ) CONTINUE TRIAL |
| GREGORY ROBERTSON, | ) |
| Defendant. | ) |

In light of the circumstances that are presented in the Second Stipulated Motion to Continue, the Court finds as follows:

1) A failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2) The failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

3) The ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

ORDER GRANTING SECOND STIPULATED
MOTION TO CONTINUE TRIAL - 1
*United States v. Robertson /* CR15-033MJP

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Accordingly, THE COURT ORDERS that the period of time from the date of this Order until the new trial date of September 28, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER ORDERS that the trial date shall be continued from July 13, 2015, until September 28, 2015, and pretrial motions shall be due on August 10, 2015.

DONE this 7th day of July, 2015.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

s/ *Thomas Woods*
Assistant United States Attorney

s/ *Corey Endo*
Attorney for Gregory Robertson

ORDER GRANTING SECOND STIPULATED
MOTION TO CONTINUE TRIAL - 2
*United States v. Robertson /* CR15-033MJP

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100