UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY RALPH ROBERTSON,<br><br>Defendant. | CASE NO. CR15-33 MJP<br><br>ORDER DENYING MOTION FOR WORK RELEASE |

This matter comes before the Court on Defendant Gregory Ralph Robertson's Motion requesting Work Release (Dkt. No. 92). Having read the Motion, Plaintiff's Memorandum in support (Dkt. No. 93), the Government's Response (Dkt. No. 94), Plaintiff's Reply (Dkt. No. 95), and the related record, the Court DENIES the Motion.

The Court finds that both Parties merely speculate regarding the effect of Mr. Robertson's sentence on his eligibility for work. From the submitted materials, the Court cannot determine whether granting Mr. Robertson's motion would afford him the relief he requests, the effect such relief would have on the Department of Corrections administration of its prison, or

1   whether the conditions of work-release would allow Defendant's victim to remain safe.  The

2   Court therefore DENIES the motion.

3

4       The clerk is ordered to provide copies of this order to all counsel.

5   Dated March 31, 2021.

6

7                                         Marsha J. Pechman

8                                         United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION FOR WORK RELEASE - 2