1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| | |
|---|---|
| USA, | CASE NO. CR15-33 MJP |
| Plaintiff, | ORDER ON DEFENDANT'S MOTIONS |
| v. | |
| GREGORY RALPH ROBERTSON, | |
| Defendant. | |

This matter comes before the Court on Defendant Gregory Robertson's Motions for Judicial Recommendation to the BOP re: Placement. (Dkt. Nos. 97, 99, 102.) Having reviewed the Motions, the Government's Responses (Dkt. Nos. 101, 103), and having received a recommendation from the United States Probation and Pretrial Services (filed separately under seal), the Court GRANTS the Motion and Recommends to the Bureau of Prisons that Robertson be transitioned to a Residential Reentry Center (RRC) in this District.

The Bureau of Prisons has plenary authority over Robertson's placement. See Tapia v. United States, 564 U.S. 319, 331 (2011). But the Court has the discretionary authority to make a

1   non-binding recommendation to the Bureau as to Robertson's placement. Id. Having considered

2   the record before it, the Court recommends that the Bureau transition Robertson to an RRC in

3   this District as soon as practicable.

4          The Court makes its recommendation based on the following observations. In October

5   2020, the Court ordered Robertson to six months confinement for violating the terms of his

6   supervised release, which is to run consecutive to a sentence imposed on him by Pierce County

7   Superior Court. He has since completed his term in state custody and the Court understands that

8   Robertson is now in federal custody in FCI Victorville with a projected release date in April

9   2022. Given Robertson's impending release date in April, the Court believes that it is in

10  Robertson's and the public's best interest that Robertson begin his transition from custody into

11  the community through placement at an RRC. This will allow U.S. Probation and Pretrial

12  Services to work closely with Robertson throughout the transitionary period. But Probation can

13  only do so if Robertson resides at an RRC in this District. For this reason, the Court recommends

14  Robertson be relocated to an RRC in this District to establish a pathway towards successful

15  reentry into the community.

16         Accordingly, the Court GRANTS Robertson's Motions and RECOMMENDS to the

17  Bureau of Prisons that Robertson be transitioned to an RRC in this District as soon as

18  practicable.

19         The clerk is ordered to provide copies of this order to all counsel and U.S. Pretrial and

20  Probation Services. The Court further orders the Clerk to transmit a copy of this Order to the

21  Bureau of Prisons via email at arphillips@bop.gov and VIM-ExecAssistant-S@bop.gov

22  \\

23  \\

24

ORDER ON DEFENDANT'S MOTIONS - 2

1    Dated January 4, 2022.

2

3                                                 Marsha J. Pechman
                                                  United States Senior District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON DEFENDANT'S MOTIONS - 3